John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 815074

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 09-10650 | 006-0 | MARK C. EDWARDS<br>Original Check written to:<br>WELLS FARGO HOME MORTGAGE<br>1 HOME CAMPUS<br>BKY PMT PROCESS MAC# X2302-04C<br>DES MOINES, IA  50328- | 8165 | 6,957.00 | 623.41 | 138.88 | 762.29 |